IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, # 208921,        )
                                )
            Petitioner,         )
                                )
v.                              )     Civil Action No. 2:12cv1022-TMH
                                )
SYLVESTER FOLKS, *et al.*,      )
                                )
            Respondents.        )

**ORDER**

On December 14, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 be and is hereby DENIED and this case be and is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as the petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas application.

Done this the 22nd day of January, 2013.

     /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE